[No. 14117–5–II. Division Two. July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID JAMES SARAULT, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89–1–00365–9, Milton R. Cox, J., entered November 22, 1989. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.